IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PRATT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAFEWAY CORPORATION, et al.,<br><br>　　　　Defendants. | No. C-12-5354 MMC<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATIONS TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO PLAINTIFFS TO OBTAIN COUNSEL AND CAUSE COUNSEL TO FILE NOTICE OF APPEARANCE** |

　　　　Before the Court is plaintiffs' complaint, filed October 17, 2012, in which plaintiffs allege violations of the False Claims Act ("FCA") on behalf of the United States of America. Also before the Court are plaintiffs' applications to proceed in forma pauperis, likewise filed October 17, 2012.

　　　　Because it appears plaintiffs, who proceed pro se, lack the resources to pay the filing fee, the applications to proceed in forma pauperis are hereby GRANTED.

　　　　Plaintiffs may not, however, proceed pro se in a FCA action brought on behalf of the United States.  See Stoner v. Santa Clara County Office of Education, 502 F.3d 1116, 1125-28 (9th Cir. 2007).  Consequently, plaintiffs' claims are subject to dismissal unless plaintiffs obtain counsel to represent them in the instant action.  See id. at 1128.

　　　　Accordingly, should plaintiffs wish to pursue the instant action, plaintiffs are hereby DIRECTED to obtain counsel and to cause counsel to file a notice of appearance therein

no later than November 26, 2012; plaintiffs' failure to comply with said directive will result in dismissal of the instant action, without prejudice to the government.  See id.

**IT IS SO ORDERED.**

Dated:  October 23, 2012

_____
MAXINE M. CHESNEY
United States District Judge