IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PRATT, et al., | No. C-12-5354 MMC |
| Plaintiffs, | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE TO GOVERNMENT; DIRECTIONS TO CLERK** |
| v. | |
| SAFEWAY CORPORATION, et al., | |
| Defendants. | **UNDER SEAL** |

In the instant action, plaintiffs, who proceed pro se, allege violations of the False Claims Act ("FCA") on behalf of the United States of America.  By order filed October 23, 2012, the Court directed plaintiffs, if they wished to pursue the action, to obtain counsel and to cause counsel to file a notice of appearance therein no later than November 26, 2012. See Stoner v. Santa Clara County Office of Education, 502 F.3d 1116, 1125-28 (9th Cir. 2007) (holding pro se plaintiff may not bring FCA action on behalf of United States). No such notice of appearance has been filed.

Accordingly, plaintiffs' complaint is hereby DISMISSED, without prejudice to the government.

The Clerk is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated:  December 3, 2012

MAXINE M. CHESNEY
United States District Judge